

# NUMBER 13-09-00041-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ARLEN RAY TENBERG

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Per Curiam Memorandum Opinion[1]

Relator, Arlen Ray Tenberg, pro se, filed a petition for writ of mandamus in the

above cause on January 23, 2009.[2]  The Court, having examined and fully considered the

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] Relator also filed a "motion for leave" to file this petition for writ of mandamus. We dismiss relator's motion for leave to file the petition for writ of mandamus as moot because the Texas Rules of Appellate Procedure no longer require the relator to file a motion for leave in an original proceeding. *See generally* TEX. R. APP. P. 52 & cmt.

petition for writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief sought.  Accordingly, the petition for writ of mandamus is  DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this 30th day of January, 2009.